UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. **08 CR 401** |
| v. ) | |
| ) | Magistrate Judge Martin C. Ashman |
| ISAIAH HICKS a/k/a "CUZ," "BIG CUZ," ) | |
| "ROCK," and "CHILL ROCK" ) | |

## ORDER SEALING COMPLAINT, AFFIDAVIT SUPPORTING COMPLAINT AND ARREST WARRANTS

There appearing probable cause to believe that disclosure of the facts contained in the affidavit could jeopardize the integrity of an ongoing investigation, it is hereby ordered that the complaint, affidavit in support of the complaint, arrest warrants and this Motion shall be sealed until May 21, 2008 at 11:00 a.m., or until further order of this Court, except that copies of the arrest warrants shall be provided to law enforcement in order to execute the arrests of the defendants.

SO ORDERED:

_____
MARTIN C. ASHMAN
U.S. Magistrate Judge

Date: May 20, 2008