# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 4 | **DATE** | 6/5/2008 |
| **CASE TITLE** | USA vs. Ahmad Williams | | |

**DOCKET ENTRY TEXT**

Enter agreed order. It is now hereby ordered that defendant Ahmad Williams' conditions of pretrial release are hereby modified as follows: Defendant is now ordered to maintain his residence at in Chicago, Illinois. All other conditions of release are to remain the same.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|