IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 401-4 |
| | ) | Judge Martin C. Ashman |
| AHMAD WILLIAMS, | ) | |
| Defendant. | ) | |

### AGREED ORDER

This matter coming to be heard by this Court on the request of Defendant **AHMAD WILLIAMS**, by and through his attorney Patrick W. Blegen, for modification of the conditions of pretrial release; the Government, by Assistant United States Attorney Stephen A. Kubiatowski, and Pre-Trial Services, by Officer Pace Morrison, stating that they have no objection to the granting of such request; and the Court being full apprised in the premises:

**IT IS NOW HEREBY ORDERED** that Defendant **AHMAD WILLIAMS'** conditions of pretrial release are hereby modified as follows: Defendant is now ordered to maintain his residence at _____ in Chicago, Illinois. All other conditions of release are to remain the same.

Date: **JUN 0 5 2008**

Martin C. Ashman,
United States District Court