## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 4 | **DATE** | 8/22/2008 |
| **CASE TITLE** | USA vs. Ahmad Williams | | |

**DOCKET ENTRY TEXT**

Enter agreed order. It is now hereby ordered that defendant Ahmad Williams' conditions of pretrial release are hereby modified as follows: to remove the condition of home confinement with electronic monitoring. All other conditions to remain the same.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|